UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>    *Defendants*. | Civil Action No. 20-cv-2107 |

**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION
AND REQUEST FOR HEARING**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65.1, Plaintiffs National Association of the Deaf, Carlton Strail, Graham Forsey, Debra Fleetwood, John Rivera, Jr., and Corey Axelrod, by and through their attorneys, respectfully move for a preliminary injunction requiring Defendants Donald J. Trump, in his official capacity as President of the United States, Executive Office of the President, White House Office, Office of the Vice President, and Kayleigh McEnany, in her official capacity as Press Secretary, to immediately begin providing live televised in-frame ASL interpretations for all public briefings conducted by any Defendant that address issues concerning the COVID-19 pandemic, including all such briefings involving President Trump, Vice President Pence, Press Secretary McEnany, and/or any members of the White House Coronavirus Task Force.

Pursuant to Local Rule 65.1, Plaintiffs respectfully request that the Court set a briefing schedule as follows: Defendants' response to Plaintiff's Motion for Preliminary Injunction shall be due on August 10, 2020, and Plaintiffs' Reply shall be due on August 14, 2020. Plaintiffs further request that the Court set a hearing on this motion at the Court's earliest convenience

after Plaintiffs submit their reply, but in any event no later than August 24, 2020.  *See* Local Rule 65.1(c).

As explained in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, expedited treatment is appropriate to ensure that Plaintiffs have access to critical, potentially life-saving information conveyed by our nation's political and public health leaders during the COVID-19 pandemic.  Absent a preliminary injunction requiring live televised in-frame ASL interpretations for all public briefings concerning the COVID-19 pandemic, Plaintiffs will be "denied timely access to this critical information, leaving them less able to comply with current orders and advice, less able to prepare for the future, and more anxious about current conditions and the future."  *Martinez v. Cuomo*, No. 20-CV-3338 (VEC), 2020 WL 2393285, at *6 (S.D.N.Y. May 12, 2020) (granting motion or preliminary injunction and ordering Governor Cuomo to immediately implement in-frame ASL interpretation during his daily briefings).  Accordingly, Plaintiffs respectfully request expedited treatment of this Motion.

Dated: August 3, 2020                     /s/ Ian S. Hoffman
                                              Ian S. Hoffman (D.C. Bar No. 983419)
                                              ARNOLD & PORTER
                                                 KAYE SCHOLER LLP
                                              601 Massachusetts Avenue NW
                                              Washington, DC 20001-3743
                                              Telephone: (202) 942-5000
                                              Fax: (202) 942-5999

                                              /s/ Marc Charmatz
                                              Marc Charmatz**
                                              NAD Law and Advocacy Center
                                              86 30 Fenton Street, Suite 820
                                              Silver Spring, MD 20910
                                              Telephone: (301) 587-1788
                                              Fax: (301) 587-1791

                                              **pro hac vice motion pending*

                                              *Counsel for Plaintiffs*