UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*, *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. 20-cv-2107 |

### [PROPOSED] ORDER

UPON CONSIDERATION of Plaintiffs' Motion for a Preliminary Injunction and the parties' briefing submitted in connection with that motion, it is hereby ORDERED that the motion is GRANTED. Defendants are ordered to immediately begin providing live televised in-frame ASL interpretations at all public briefings conducted by any Defendant that address issues concerning COVID-19, including all such briefings involving President Trump, Vice President Pence, Press Secretary McEnany, or any members of the White House Coronavirus Task Force.

Dated: _____

_____
United States District Judge