**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Defendants*. | Civil Action No. |

**DECLARATION OF DEBRA FLEETWOOD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Debra Fleetwood, hereby state under penalty of perjury that the following statements are true and accurate to the best of my knowledge, information, and belief:

1. I am a 68-year-old deaf resident of Plainfield, New Jersey. Growing up, I attended the New Jersey School for the Deaf. I did not attend college. I am currently retired.

2. I am fluent in American Sign Language ("ASL"), which is my preferred and primary language.

3. I receive most of my news from television. However, I am not able to understand captioning on television when the content is complex, such as when there is information about a health pandemic.

4. I watched a number of the White House's Coronavirus press briefings during March and April 2020 and saw the briefings again in July of 2020, but I cannot understand the briefings because there is no ASL interpreter during the briefings.

5. I want to understand the White House briefings because I want information on how to stay safe during the Coronavirus pandemic, as well as how to take care of family, friends,

and loved ones. I also want information about other pandemic-related issues, such as the progress in developing a potential vaccine and the impact of the pandemic on the economy and country as a whole.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: July 31, 2020

DocuSigned by:

Debra Fleetwood