UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, *et al.*, <br><br> *Defendants*. | Civil Action No. |

**DECLARATION OF CARLTON STRAIL IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

I, Carlton Strail, hereby state under penalty of perjury that the following statements are true and accurate to the best of my knowledge, information, and belief:

1. I am a 92-year-old deaf resident of Syracuse, New York. I have a high school diploma, and never attended college. Since 1995, I have been retired from working in a department store.

2. I am fluent in American Sign Language ("ASL"), which is my preferred and primary language.

3. I do not own a computer and receive my news from television. However, I have difficulty understanding rapid and unreliable live captioning on television, especially when the content is complex such as when there is information about a health pandemic.

4. I watched a number of the White House's Coronavirus press briefings during March and April 2020 and saw the briefings again in July of 2020, but I cannot understand the briefings because there is no ASL interpreter during the briefings.

5.  I want to understand the White House briefings because I want information on how to stay safe during the Coronavirus pandemic, as well as how to take care of family, friends, and loved ones. I also want information about other pandemic-related issues, such as the progress in developing a potential vaccine and the impact of the pandemic on the economy and country as a whole.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: July 31, 2020

_____
Carlton Strail