UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF THE DEAF, *et al.*,

    *Plaintiffs*,

v.

DONALD J. TRUMP, *et al.*,

    *Defendants*.

Civil Action No.

## DECLARATION OF GRAHAM FORSEY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Graham Forsey, hereby state under penalty of perjury that the following statements are true and accurate to the best of my knowledge, information, and belief:

1. I am a 27-year-old deaf resident of Washington, D.C. I am a graduate of the Ernest C. Drury School for the Deaf in Milton, Canada. I am currently the President of the District of Columbia Association of the Deaf.

2. American Sign Language ("ASL") is my preferred and primary language.

3. I watched a number of the White House's Coronavirus press briefings during March and April 2020 and saw the briefings again in July of 2020, but I cannot understand the briefings because there is no ASL interpreter during the briefings.

4. I have attempted to understand President Trump's briefings on television, on the internet, and on social media, but I am often unable to do so because there is no ASL interpreter. The captioning is often inaccurate on television or not available on the internet or social media.

5. I want to understand the White House briefings because I want information on how to stay safe during the Coronavirus pandemic, as well as how to take care of family, friends,

*GF*

and loved ones. I also want information about other pandemic-related issues, such as the progress in developing a potential vaccine and the impact of the pandemic on the economy and country as a whole. I further want to be able to answer questions from members of the District of Columbia Association of the Deaf about the White House briefings, but I am unable to do so because I do not have access to the information myself.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: July 31, 2020

Graham Forsey