**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*,<br><br>            *Plaintiffs*,<br><br>    v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>            *Defendants*. | Civil Action No. 20-cv-2107 |

**DECLARATION OF HOWARD A. ROSENBLUM IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

I, Howard A. Rosenblum, hereby state under penalty of perjury that the following statements are true and accurate to the best of my knowledge, information, and belief:

1.      I am an attorney and the Chief Executive Officer of the National Association of the Deaf ("NAD"). I also serve as an ex officio member of the NAD Board of Directors. I have practiced law for twenty-eight years, focusing my practice on disability rights and special education law. I hold a Bachelor of Science degree in computer engineering from the University of Arizona and a Juris Doctor degree from the Illinois Institute of Technology Chicago-Kent College of Law.

2.      Since the White House began holding televised briefings regarding the COVID-19 outbreak, NAD has received hundreds of complaints from deaf and hard of hearing ("DHH") Americans who are unable to understand the briefings due to the lack of in-frame televised American Sign Language ("ASL") interpretation.

3. For many DHH individuals, English is, at best, a second language.  Indeed, many DHH persons know virtually no English.

4. ASL is the primary language of many of the NAD's members and the Individual Plaintiffs.  The Individual Plaintiffs rely on ASL as their primary language to understand fast-paced information that is complex and critical for staying safe and healthy, as opposed to error-prone captioning in English.

5. ASL is a complete and complex language distinct from English, with its own vocabulary and rules for grammar and syntax.  It is not simply English in hand signals.  ASL has no written component.  For several reasons, including early language deprivation, many deaf people have a very limited ability to read and write in English.  Most DHH Americans who use ASL require qualified interpreters to communicate with hearing persons who can only communicate in a spoken language such as English.

6. Written English is not an effective means of communication for many deaf individuals who have limited English capabilities, particularly for complex and important topics such as COVID-19 and related issue of public health.  Therefore, even when closed-captioning is provided, those DHH individuals cannot effectively receive the messages conveyed at the White House press briefings.

7. Furthermore, closed captioning for live television broadcasts frequently contains errors and omissions that make it difficult or impossible for DHH individuals to understand the information being provided in the briefings, particularly if they are not fluent in English.  Tone is also frequently lost in written captions.  By contrast, an interpreter is able to convey tone and context of a message through facial expressions, sign choice, and demeanor.

8. On March 12, 2020, 34 U.S. Senators wrote to Vice President Mike Pence, copying Dr. Deborah Birx, urging "the President and his Cabinet officials [to] be models of accessibility by having American Sign Language (ASL) interpreters at every news conference about COVID-19," and noting that it "guarantees that members of the deaf and hard of hearing community are able to receive information in real time." A true and correct copy of the letter is attached hereto as Exhibit A.

9. On March 18, 2020, the National Council on Disability ("NCD"), a federal agency, requested that President Trump and the White House provide in-frame ASL interpretation of all the COVID-19 briefings. A true and correct copy of NCD's letter is attached hereto as Exhibit B. To the best of my knowledge, the White House did not respond to this letter.

10. That same day, on behalf of the NAD, in my capacity as CEO, I wrote to Stephanie Grisham, White House Director of Communications, requesting that President Trump and the White House provide in-frame ASL interpretation on television broadcasts of all his COVID-19 briefings. A true and correct copy of NAD's letter is attached hereto as Exhibit C. The White House did not respond to this letter.

11. On March 27, 2020, the Linguistic Society of America (LSA)—an organization founded in 1924 to advance the scientific study of language—sent a letter to the White House Press Staff, requesting that all White House press briefings addressing COVID-19 include an ASL interpreter who is visible to any viewer. The LSA explained that "solely relying on closed-captioning is not an option for all ASL users, and that a certified sign language interpreter (who must remain visible during the entirety of each briefing) is necessary . . . . This is not only the right thing to do but is also required by federal law, pursuant to the Americans with Disabilities

Act and the Rehabilitation Act of 1973. A true and correct copy of NAD's letter is attached hereto as <u>Exhibit D</u>.

12. On April 1, 2020, Senators Sherrod Brown and Robert P. Casey, Jr., as well as Congresswoman Donna Shalala, wrote to Vice President Pence, copying Dr. Birx, as a follow up to the Senators' March 12 letter. These elected officials again "request[ed] that the White House Coronavirus Task Force use qualified, fully-visible American Sign Language (ASL) interpreters during public briefings on the coronavirus." A true and correct copy of the letter is attached hereto as <u>Exhibit E</u>.

13. Based on research done by NAD, I understand that Governors of all 50 states have at times provided in-frame ASL interpretation of their COVID-19 briefings. In the past, U.S. federal agencies, including the Federal Emergency Management Agency (FEMA) before and in the aftermath of Hurricanes Irma and Harvey, have also used onscreen ASL interpreters during televised briefings. Retaining qualified sign language interpreters for such briefings is relatively inexpensive.

14. As a result of the White House's refusal to provide in frame televised ASL interpretation, deaf people who rely on ASL and live in the U.S. remain unable to access the White House's briefings.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: August 3, 2020                                              _____
                                                                                      Howard A. Rosenblum