## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, et al.<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:20-cv-02107-JEB<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>DECLARATION OF JUDSON P. DEERE</u>

I, JUDSON P. DEERE, declare under penalty of perjury that the following is true and correct:

1. I currently serve as a Special Assistant to the President and Deputy Press Secretary. I have held this position since January 2019, and have been employed at the White House since November 2017. Other positions I have held during this time include the Director of Media Affairs and the Director of State and Local Communications. I have approximately ten years' experience in communications and media relations. In my current position as Deputy Press Secretary, I advise on and conduct media relations, including receiving and responding to media inquiries, preparing for and assisting in conducting press briefings, and supporting the Press Secretary in the execution of the duties of the White House Press Office ("Press Office") . This declaration is based on my personal knowledge and information I received in my official capacity.

2. The Press Office is an office within the White House Office. The White House Office is a component within the Executive Office of the President. The Executive Office of the President includes the immediate staff of the President and the Vice President.

3. The Press Office, in coordination with other senior White House advisors, determines when press briefings in the James S. Brady Press Briefing Room ("Press Briefing Room"), or other designated spaces, will occur.

4. As relevant to this matter, the COVID-19 press briefings are, generally speaking, those that involve the President, Vice President, Press Secretary, or other officials providing updates and availability to answer questions from multiple news outlets. Press briefings are generally convened by the Press Office by notifying the reporters and networks covering the White House, either through email, posting the information on social media, a combination thereof, or through other means that disseminates the availability.

5. The Press Office works with members of the media and media outlets from around the world, largely through the White House Correspondents Association ("WHCA"). WHCA is comprised of hundreds of television, print, and radio media organizations, and serves to organize and provide news coverage of the President and the presidency. For example, due to space constraints in the Press Briefing Room, only a limited number of videocameras can be stationed at the back of the room. The networks whose cameras are stationed there thus share their footage of press briefings held in the Press Briefing Room with other networks. This is called "pool" or "pooled" footage.

6. However, neither the White House nor the Press Office control which networks will decide to broadcast the briefing, either live or as a recording. The White House and the Press Office also do not control the video decisions made by the networks operating the

press cameras – for example, the subject(s) of the camera's focus; whether a tight shot or wide shot is used, and therefore, how much of the subject or their surrounding environment is captured; and whether and when to pan away from the subject(s). In other words, even if a sign language interpreter were used during a press conference, the decision as to whether the video broadcast by a particular network would include the interpreter in-frame would be made and controlled entirely by the network, not by the White House or the Press Office. Similarly, because the networks operating the press cameras determine when to flip between shots of the individual at the podium and any reporter in the audience, the determination to capture a reporter's question through an in-frame interpreter also would be made and controlled entirely by the network, not the White House or the Press Office.

7. Even if the Press Office were to arrange for an interpreter at a different location than where the press briefing is being held to conduct a simultaneous direct-to-camera interpretation, and offer that simultaneous feed to the networks, it would be the decision of each individual network as to whether to broadcast publicly the feed.

8. The Department of Defense, through the White House Communications Agency, provides telecommunications support to the President, including by capturing video of the President's press briefings. Sometimes, but not always, the video captured by the White House Communications Agency is used to provide a real-time stream on the White House website, as well as other online platforms such as YouTube and Facebook. In other instances, the real-time stream on the White House website, and consequently other online platforms, comes from the networks' pooled feed. While the White House website does not host video after the conclusion of the real-time stream, the White House page on

YouTube and Facebook host the recordings after the live event concludes.  Any member

of the public can view a press briefing, either live or as a recording, on YouTube with

captioning provided by the White House through a contractor.  The White House also

provides captioning through a contractor to Facebook to include with recordings of press

briefings hosted on their site.

9. The Press Briefing Room is a small space; at full capacity, it offers seating only for

approximately 49 reporters (and a small contingent of camera engineers, audio

technicians, still photographers, and producers).  During recent months, seating has been

limited to a far fewer number of reporters in order to facilitate social distancing as

recommended by the Centers for Disease Control and Prevention.  The speaker's podium

is not easily moved due to electrical wiring that runs through it.

10. The process for broadcasting press briefings held at locations outside of the White House

complex is the same in all relevant aspects as described elsewhere in this declaration,

including the facts that neither the White House nor the Press Office control which

networks will decide to broadcast the briefing, either live or as a recording; and that

neither the White House nor the Press Office control whether any interpreter would be

captured in-frame.

11. Based on my own professional knowledge and expertise, and after conducting a

reasonable inquiry into the question, I understand that historically ASL interpreters have

not been used for White House press briefings.  This was true of the Clinton

Administration, the Bush Administration, the Obama Administration, and is true for the

current Administration.  While I am not aware of any specific instances of interpretation

having been provided at press briefings, to the extent there may have been particular

events for which interpretation was provided, those would have been provided on a case-by-case basis rather than pursuant to any standard practice.

12. This has been true historically even for press briefings on matters related to significant national emergencies and events. For example, on September 11, 2001, Counselor to the President Karen Hughes conducted a press briefing from the FBI Headquarters to inform the country on the activities of the federal government in response to the morning's attacks. No in-frame interpretation was provided.[1] That evening, President Bush addressed the nation from the Oval Office about the attacks; no in-frame interpretation was provided.[2] In the years after the attack and in announcing and providing continuing updates on military operations in and U.S. foreign policy on Afghanistan and Iraq, the President conducted press briefings from various locations that did not have in-frame interpretation.[3] There was similarly no in-frame interpretation for a press conference President Bush held in the aftermath of Hurricane Katrina, where he also addressed his nomination to fill a vacancy on the Supreme Court.[4] President Obama's announcement from the White House that the United States had killed Osama bin Laden did not have in-frame interpretation.[5] Nor did a press conference conducted by President Obama on Hurricane Sandy relief efforts.[6]

---

[1] https://www.foxnews.com/opinion/karen-hughes-remembers-the-9-11-terror-attacks.

[2] https://www.nbcnews.com/now/video/from-the-archives-george-w-bush-s-oval-office-speech-on-9-11-68719685777.

[3] For example, https://www.youtube.com/watch?v=2zT-ZHBbOzM (March 19, 2003 Oval Office address announcing military operations in Iraq); https://www.c-span.org/video/?194320-1/presidential-news-conference (September 15, 2006 press conference in the Rose Garden).

[4] https://www.c-span.org/video/?189180-1/presidential-news-conference#.

[5] https://obamawhitehouse.archives.gov/blog/2011/05/02/osama-bin-laden-dead.

[6] https://www.c-span.org/video/?309119-1/president-obama-hurricane-sandy.

13. I understand that networks are required by law to provide closed captioning for, among other content, any press briefings the networks carry. The White House is not involved in the networks' closed captioning process, nor is it responsible for the content or accuracy of their closed captioning. Further, any closed captioning would be provided only to the extent the network carried the press briefing – thus, any network that decided not to carry the press briefing, or decided to cut away from it prematurely, would not be providing closed captioning for the portions of the press briefing that the network did not air.

14. Regardless of whether a network decided to broadcast a press briefing or not, the White House has – for all White House Coronavirus Task Force press briefings – posted a transcript of the full press briefing to the White House's public website. The transcript is prepared by White House stenographers and posted online, generally within a few hours of the press briefing. The Press Office also sends the full transcript to reporters and media organizations, reaching hundreds of organizations that can use the information in their reporting.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 13th day of August, 2020 in the City of Washington, District of Columbia.

JUDSON P. DEERE