IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, *et al.*,[1] <br><br>    Defendants. | Civil Action No. 1:20-cv-02107 (JEB) |

## CONSENT MOTION TO STAY PROCEEDINGS PENDING APPEAL

Defendants respectfully move to stay further district court deadlines and proceedings pending final resolution of Defendants' appeal from this Court's Order granting Plaintiffs' motion for preliminary injunction, ECF No. 22. To be clear, Defendants do not seek to stay the injunction itself. In the absence of a stay of proceedings, Defendants' response to the Complaint would be due January 22, 2021. Pursuant to Local Civil Rule 7(m), the parties have conferred regarding this motion. Plaintiffs consent to a stay of proceedings subject to their reservation of the right to take appropriate actions in this Court if necessary to enforce the preliminary injunction order, including while the appeal is pending.

The circumstances of this case make it appropriate for the Court to exercise its discretion to stay further proceedings during the pendency of the appeal. Indeed, the Court's discretion to make such a determination is well-established:

---

[1] Substituted pursuant to Rule 25 of the Federal Rules of Civil Procedure.

> [T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants. How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance.

*Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936); *Belize Soc. Dev. Ltd. v. Gov't of Belize*, 668 F.3d 724, 732-33 (D.C. Cir. 2012).

Defendants have filed an appeal of the Court's preliminary injunction order. ECF No. 26; *NAD v. Trump*, No. 20-5349 (D.C. Cir.). The Court of Appeals, in turn, has referred this case to the Appellate Mediation Program for potential resolution. Proceeding with litigation in this Court while the case is in mediation therefore would be unproductive.

Moreover, a stay of proceedings would preserve party resources without harming the interests of Plaintiffs. Plaintiffs would not be harmed by a stay of further proceedings pending the outcome of the appeal because the preliminary injunction remains in effect. Indeed, as previously noted, Plaintiffs consent to this motion subject to the reservation of all rights to take any necessary and appropriate actions in this Court to enforce the preliminary injunction order, including while the appeal is pending.

For the foregoing reasons, Defendants respectfully request that the Court grant this motion to stay further proceedings in this Court pending the outcome of the appeal.

A proposed order accompanies this motion.

Dated: January 22, 2021	Respectfully submitted,

                                         BRIAN M. BOYNTON
Acting Assistant Attorney General

*/s/ August E. Flentje*_____
August E. Flentje (N.Y. Bar No. 2921807)
Special Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Tel: (202) 514-3309
Fax: (202) 305-8470
E-mail: august.flentje@usdoj.gov

JENNIFER D. RICKETTS
Branch Director
Federal Programs Branch

CARLOTTA P. WELLS
Assistant Branch Director
Federal Programs Branch


 /s/ Amber Richer_____
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, *et al.*,[1] <br><br> Defendants. | Civil Action No. 1:20-cv-02107 (JEB) |

### [PROPOSED] ORDER

Upon consideration of Defendants' Consent Motion to Stay Proceedings Pending Appeal, it is hereby **ORDERED** that Defendants' motion is **GRANTED**.

It is further

**ORDERED** that further proceedings in this case shall be **STAYED** pending resolution of Defendants' appeal from this Court's Order granting Plaintiffs' motion for preliminary injunction.

_____          _____
Date                                  HON. JAMES E. BOASBERG
                                      United States District Judge

---

[1] Substituted pursuant to Rule 25 of the Federal Rules of Civil Procedure.

1