# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, *et al.*, <br> *Defendants*. | Civil Action No. 20-cv-2107 |

## JOINT STATUS REPORT

By Minute Order entered April 30, 2021, the Court ordered that the parties shall submit a further Joint Status Report by May 28, 2021.

Accordingly, the parties have conferred and hereby submit the following report:

1. On April 26, 2021, Assistant to the President and Director of White House Management and Administration Anne Filipic issued a signed memorandum on "Communication Services for People Who Are Deaf or Hard of Hearing at Presidential Briefings" (the "Policy").

2. The parties have continued to meet and confer regarding the Policy's effect on this case, including whether this case can be resolved consensually.

3. The parties request additional time to continue to pursue these discussions.

4. The parties therefore propose that the Court continue to hold this case in abeyance until the parties file another joint status report on June 30, 2021.

May 28, 2021                                                                 Respectfully submitted,

BRIAN M. BOYNTON                                                 /s/ Ian S. Hoffman
Acting Assistant Attorney General                                Ian S. Hoffman (D.C. Bar No. 983419)
                                                                 ARNOLD & PORTER
                                                                     KAYE SCHOLER LLP
 /s/ August E. Flentje                                           601 Massachusetts Avenue NW
August E. Flentje (N.Y. Bar No. 2921807)                         Washington, DC 20001-3743
Special Counsel to the Assistant Attorney General                Telephone: (202) 942-5000
United States Department of Justice                              Fax: (202) 942-5999
Civil Division
950 Pennsylvania Ave., NW                                        /s/ Marc Charmatz
Washington, D.C. 20530                                           Marc Charmatz (admitted *pro hac vice*)
Tel: (202) 514-3309                                              NAD Law and Advocacy Center
Fax: (202) 305-8470                                              8630 Fenton Street, Suite 820
E-mail: august.flentje@usdoj.gov                                 Silver Spring, MD 20910
                                                                 Telephone: (301) 587-1788
                                                                 Fax: (301) 587-1791

JENNIFER D. RICKETTS
Branch Director                                                  *Counsel for Plaintiffs*
Federal Programs Branch


CARLOTTA P. WELLS
Assistant Branch Director
Federal Programs Branch


 /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>JOSEPH R. BIDEN, *et al.*,<br>*Defendants*. | Civil Action No. 20-cv-2107 |

### [PROPOSED] ORDER

Upon consideration of the Joint Status Report filed May 28, 2021, it is hereby

ORDERED that the parties shall submit the next joint status report on June 30, 2021.

May ____, 2021

_____
HON. JAMES E. BOASBERG
United States District Judge