# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*,<br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>JOSEPH R. BIDEN, *et al.*,<br>　　　　*Defendants*. | Civil Action No. 20-cv-2107 |

## JOINT STATUS REPORT

　　By Minute Order entered May 28, 2021, the Court ordered that the parties shall submit a further joint status report by June 30, 2021.

　　Accordingly, the parties have conferred and hereby submit the following report:

　　1.　　The parties have continued to meet and confer regarding whether this case can be resolved consensually.

　　2.　　The parties request additional time to continue to pursue these discussions.

　　3.　　The parties therefore propose that the Court continue to hold this case in abeyance until the parties file another joint status report on July 30, 2021.

| | |
|---|---|
| June 29, 2021 | Respectfully submitted, |

BRIAN M. BOYNTON
Acting Assistant Attorney General

 /s/ August E. Flentje
August E. Flentje (N.Y. Bar No. 2921807)
Special Counsel to the Assistant Attorney General
United States Department of Justice
Civil Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
Tel: (202) 514-3309
Fax: (202) 305-8470
E-mail: august.flentje@usdoj.gov


JENNIFER D. RICKETTS
Branch Director
Federal Programs Branch


CARLOTTA P. WELLS
Assistant Branch Director
Federal Programs Branch


 /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

*Attorneys for Defendants*

/s/ Ian S. Hoffman
Ian S. Hoffman (D.C. Bar No. 983419)
ARNOLD & PORTER
    KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999

/s/ Marc Charmatz
Marc Charmatz  (admitted *pro hac vice*)
NAD Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Telephone: (301) 587-1788
Fax: (301) 587-1791

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF THE DEAF, *et al.*,
       *Plaintiffs*,

v.

JOSEPH R. BIDEN, *et al.*,
       *Defendants*.

Civil Action No. 20-cv-2107

## [PROPOSED] ORDER

Upon consideration of the Joint Status Report filed June 29, 2021, it is hereby

ORDERED that the parties shall submit the next joint status report on July 30, 2021.

June _____, 2021

_____
HON. JAMES E. BOASBERG
United States District Judge