UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF THE DEAF, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> JOSEPH R. BIDEN, *et al.*, <br> *Defendants*. | Civil Action No. 20-cv-2107 |

**JOINT STATUS REPORT**

By Minute Order entered June 30, 2021, the Court ordered that the parties shall submit a further joint status report by July 30, 2021.

Accordingly, the parties have conferred and hereby submit the following report:

1. The parties have reached an agreement in principle to resolve the case.

2. The parties request additional time to obtain the necessary approvals for settlement.

3. The parties therefore propose that the Court continue to hold this case in abeyance until the parties file another joint status report on August 30, 2021, if they have not stipulated to dismissal by that date.

July 30, 2021                                              Respectfully submitted,


BRIAN M. BOYNTON                                           /s/ Ian S. Hoffman
Acting Assistant Attorney General                          Ian S. Hoffman (D.C. Bar No. 983419)
                                                           ARNOLD & PORTER
                                                               KAYE SCHOLER LLP
 /s/ August E. Flentje                                     601 Massachusetts Avenue NW
August E. Flentje (N.Y. Bar No. 2921807)                   Washington, DC 20001-3743
Special Counsel to the Assistant Attorney General          Telephone: (202) 942-5000
United States Department of Justice                        Fax: (202) 942-5999
Civil Division
950 Pennsylvania Ave., NW                                  /s/ Marc Charmatz
Washington, D.C. 20530                                     Marc Charmatz  (admitted *pro hac vice*)
Tel: (202) 514-3309                                        NAD Law and Advocacy Center
Fax: (202) 305-8470                                        8630 Fenton Street, Suite 820
E-mail: august.flentje@usdoj.gov                           Silver Spring, MD 20910
                                                           Telephone: (301) 587-1788
                                                           Fax: (301) 587-1791

JENNIFER D. RICKETTS
Branch Director                                            *Counsel for Plaintiffs*
Federal Programs Branch


CARLOTTA P. WELLS
Assistant Branch Director
Federal Programs Branch


 /s/ Amber Richer
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION OF THE DEAF, *et al.*,
    *Plaintiffs*,

v.

JOSEPH R. BIDEN, *et al.*,
    *Defendants*.

Civil Action No. 20-cv-2107

### [PROPOSED] ORDER

Upon consideration of the Joint Status Report filed July 30, 2021, it is hereby ORDERED that the parties shall submit the next joint status report on August 30, 2021.

July _____, 2021

_____
HON. JAMES E. BOASBERG
United States District Judge

1