**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION OF THE DEAF, *et al.*,
*Plaintiffs*,

v.

JOSEPH R. BIDEN, *et al.*,
*Defendants*.

Civil Action No. 20-cv-2107

**JOINT STATUS REPORT**

By Minute Order entered August 31, 2021, the Court ordered that the parties shall submit a further joint status report by September 30, 2021.

Accordingly, the parties have conferred and hereby submit the following report:

1. The parties have reached an agreement to resolve the case but require additional time to effectuate the agreement.

2. The parties therefore propose that the Court continue to hold this case in abeyance until the parties file another joint status report on November 30, 2021, if they have not stipulated to dismissal by that date.

September 30, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Branch Director
Federal Programs Branch

CARLOTTA P. WELLS
Assistant Branch Director

*/s/ Amber Richer*
AMBER RICHER (CA Bar No. 253918)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 514-3489
Email: amber.richer@usdoj.gov

*Attorneys for Defendants*

*/s/ Ian S. Hoffman*
Ian S. Hoffman (D.C. Bar No. 983419)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999

*/s/ Marc Charmatz*
Marc Charmatz (admitted *pro hac vice*)
NAD Law and Advocacy Center
8630 Fenton Street, Suite 820
Silver Spring, MD 20910
Telephone: (301) 587-1788
Fax: (301) 587-1791

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL ASSOCIATION OF THE DEAF, *et al.*,
*Plaintiffs*,

v.

JOSEPH R. BIDEN, *et al.*,
*Defendants*.

Civil Action No. 20-cv-2107

**[PROPOSED] ORDER**

Upon consideration of the Joint Status Report filed September 30, 2021, it is hereby

ORDERED that the parties shall submit the next joint status report on November 30, 2021.

September __, 2021

______________________________
HON. JAMES E. BOASBERG
United States District Judge